AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

**FILED**
**UNITED STATES DISTRICT COURT**
**LAS CRUCES, NEW MEXICO**

for the

District of New Mexico

MAY 2 1 2026

**ERIK PALTROW**
**CLERK OF COURT**

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) ) ) ) ) | Case No. 26-2425 MJ |
| Raul Ivan Medoza | | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 13, 2026 _____ in the county of _____ Dona Ana _____ in the

_____ District of _____ New Mexico _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 751 (a) | Escape from Custody |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Maricela Olguin*
_____
*Complainant's signature*

DUSM Maricela Olguin
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 21 May 2026
_____

_____
*Judge's signature*

City and state:        Las Cruces, New Mexico         Damian L. Martínez, U.S. Magistrate Judge
_____
*Printed name and title*

# Statement of Facts

United States of America

     v

Raul Ivan Mendoza

1. On or about January 17, 2019, an Indictment was filed under Federal Case Number 2:19-MJ-0024 in the United States District Court for the District of New Mexico charging Raul Ivan MENDOZA a violation of the 18 USC 922(g)(1) Felon in Possession of a Firearm by a Prohibited Person; 18 USC 924 (c) Possession of a Firearm in Furtherance of a Drug Trafficking Crime and 21 841 (a)(1)(B) Possession with Intent to Distribute a Controlled Substance, Approximately 27 Grams of Methamphetamine.

2. On or about September 23, 2020, a judgment in criminal case was filed in the United States District Court in the District of New Mexico on Federal Case Number 2:19CR01430. In this judgment, Raul Ivan MENDOZA pleaded guilty to an indictment charging 18 USC 922 (g)(1) Felon in Possession of a Firearm and Ammunition. Raul Ivan MENDOZA was sentenced the custody of the Federal Bureau of Prisons (BOP) for a term of 100 months.

3. On or about August 21, 2025, the BOP placed the Defendant at Diersen Charities halfway house with a condition which stated, "the Defendant is placed in the custody of Diersen Charities in Las Cruces, NM who agrees to (a) supervise the defendant, maintain residence at a (RRC) (Halfway House), as the pretrial services officer or supervising officer considers necessary."

4. On or about August 21, 2025, the defendant signed an Acknowledgment of Custody form which stated, "I understand that I am in the custody of the Attorney General of the United States. I further understand that leaving the Residential Center without permission from the Center Director or his/her authorized representative, shall be deemed an escape from the custody of the Attorney General."

5. On or about May 13, 2026, the Defendant walked away from Diersen Charities. The Defendant has not returned to Diersen Charities and has not been located as of May 20, 2026. Supervisory Assistant United States Attorney Richard Williams approved the filing of this complaint.

_Maricela Olguin_
_____
Signature of Complainant

_Damian L. Mtz_
_____
Signature of Judicial Officer