AO 442 (Rev. 11/11) Arrest Warrant

10789495

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Raul Ivan Mendoza<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 26-2425 MJ - JHR

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Raul Ivan Mendoza                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment          ❑ Superseding Indictment          ❑ Information          ❑ Superseding Information          ☑ Complaint

❑ Probation Violation Petition          ❑ Supervised Release Violation Petition          ❑ Violation Notice          ❑ Order of the Court

This offense is briefly described as follows:

18 USC 751(a) escape from custody

Date: 21 May 2026

_____
*Issuing officer's signature*

City and state:    Las Cruces, NM

Damian L. Martínez, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* 6/16/26<br>at *(city and state)* LAS CRUCES, NM . |
| Date: 6/16/26<br><br>_____<br>*Arresting officer's signature*<br><br>Maricela Olguin ; DUSM<br>*Printed name and title* |